CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

October 28, 2015

David Lobingier
2902 Bank One Tower
500 Throckmorton Str.
Fort Worth, TX 76102

Joseph Mastrogiovanni, Jr.
2001 Bryan Str.
Suite 1250
Dallas, TX 75201

RE: 05-95-00733-CV
   Earl Stephenson v. SMS Financial II

Counsel and Ms. Concannon:

   This appeal was abated on March 19, 1996 due to the filing of bankruptcy by appellant Earl Stephenson.  Since that date, the Court has had no communication from either party regarding the status of the bankruptcy.  Therefore, please notify the Court, within **TEN DAYS** of the date of this letter, about whether the bankruptcy proceedings remain pending.  If the bankruptcy proceedings have been closed, then appellant is directed to file, within that ten-day period, either a motion to dismiss the appeal or written verification that the appeal should proceed.  We appreciate your attention to this matter.

        Sincerely,

       /s/ Lisa Matz, Clerk of the Court

ltr:mrh